THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Robert Shepherd, Appellant.
 
 
 

Appeal from Lexington County
 Larry R. Patterson, Circuit Court Judge 

Unpublished Opinion No.  2008-UP-573
 Submitted October 1, 2008  Filed October
14, 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 of Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott; Office
 of the Attorney General, of Columbia; and Solicitor Donald V. Myers, of
 Lexington; for Respondent.
 
 
 

PER CURIAM:  Shepherd was convicted of trafficking
 cocaine, ten grams or more, but less than twenty-eight grams.  On appeal, Shepherds counsel argues the trial court erred in denying Shepherds
 motion to suppress the cocaine discovered in the search of the car.  Shepherd also filed a pro se brief.  After
 a thorough review of the record, counsels brief, and Shepherds pro se brief
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., and GEATHERS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.